GASA PASKUS, Respondent, v. GUSTAVE STRASSBURGER, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements and motion for bill of particulars as to item No. 2 in the notice of motion granted; said bill to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEF KNOEPFLER, Respondent, v. ERICH HAGENLACHER, Appellant.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs, on the ground that the plaintiff has not made out a sufficient case to justify the granting of a temporary injunction. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN P. FINNERTY and Another v. HENRY J. HILLMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN P. FINNERTY and Another v. THOMAS JOHNSON.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BASIL D. DOPTOGLOU v. GEORGE HADJOPOULOS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DAVID TURKEL and Others v. CHARLES MEZERITZKY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL HANDELMAN v. NATIONAL SURETY COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN POPP, JR., an Infant, etc., v. TERMINAL AND TOWN TAXI CORPORATION. JOHN POPP v. TERMINAL AND TOWN TAXI CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN B. BREYMANN and Others v. MORRIS & CUMMINGS DREDGING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN B. BREYMANN and Others v. MORRIS & CUMMINGS DREDGING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY ROMEIKE v. ROMEIKE PRESS CLIPPING BUREAU.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DANIEL ANTONACCHIO v. CONSOLIDATED FOREIGN EXCHANGE CORPORATION and Another.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE KRAUS v. SAYLES FINISHING PLATES, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.